**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven L. Streeter Jr.<br>            <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-18059 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage as Servicer for MIDFIRST BANK, and index same on the master mailing list.

                                        Respectfully submitted,

                                        **<u>/s/Denise Carlon, Esquire</u>**
                                        Denise Carlon, Esquire
                                        Thomas Puleo, Esquire
                                        Brian C. Nicholas, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734