# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-18059-MDC

STEVEN L STREETER, JR.

112 Ervin Avenue

Linwood, PA 19061

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEVEN L STREETER, JR.

    112 Ervin Avenue

    Linwood, PA 19061

Counsel for debtor(s), by electronic notice only.

    SCOTT F. WATERMAN ESQ
    110 W FRONT ST

    MEDIA, PA 19163-

Date: 1/24/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee