IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Steven L. Streeter, Jr.<br>_Debtor_ | | CHAPTER 13 |
| MIDFIRST BANK<br>_Movant_<br>vs. | | NO. 16-18059 MDC |
| Steven L. Streeter, Jr.<br>_Debtor/Respondent_ | | |
| William C. Miller<br>_Trustee/Respondent_ | | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,735.60,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2016 through April 2017 at $1,097.04/month |
| Late Charges: | December 2016 through April 2017 at $43.88/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$6,735.60** |

2. The Debtor(s) have indicated that he is surrendering the property and does not intend to cure the said arrearage.

3. The Debtor(s) agree to the entry of an Order granting relief from the automatic stay in the form attached hereto.

4. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date:   June 5, 2017

By: /s/ Thomas I. Puleo, Esquire
Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant

Date: 6-6-17

Scott F. Waterman, Esquire
Attorney for Debtor

Date: 6/15/17

William C. Miller
Chapter 13 Trustee

*without prejudice to any trustee rights or remedies

no objection

\

Approved by the Court this _____ day of _____, 2017. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
United States Bankruptcy Judge