UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Steven L. Streeter, Jr.   :   Chapter 13
                                 :
Debtor                           :   No. 16-18059-mdc

# PRAECIPE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1307(a)

Debtor, Steven L. Streeter, Jr., respectfully represents:

1. This case was filed as a Chapter 13 on November 17, 2016.

2. The case has not been previously converted.

3. Since the filing of this case, the Debtor's income has declined.

4. The Debtor is eligible to be a debtor under Chapter 7.

5. The Debtor desires to convert to a case under Chapter 7 of 11 U.S.C. and to have a Chapter 7 Trustee appointed.

**WHEREFORE**, the Debtor requests for relief under Chapter 7 of title 11 of the United States Code.

Respectfully submitted:

**WATERMAN & MAYER, LLP**

Dated: July 19, 2017            By: _/s/ Scott F. Waterman_
                                **SCOTT F. WATERMAN, ESQUIRE**
                                Attorney for Debtor
                                110 W. Front Street
                                Media, PA  19063
                                (610) 566-6177 Phone
                                (610) 892-6991 Fax